### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§<br>§ | |
| -vs- | § | Case No. 5:25-cv-418-XR |
| TAYFUN KUCUKOGLU<br>*Defendant* | §<br>§<br>§<br>§ | |

## ORDER TO TRANSFER

On April 21, 2025, the above styled and numbered cause was filed and assigned to the docket of the undersigned.

It is hereby **ORDERED** that the above matter is **TRANSFERRED** to the docket of the Honorable Fred Biery. The Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 22nd day of April, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE